# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Spokane

**USA v.  JODY LEE WALLETTE**              **Case No.   2:23-CR-00022-RMP-1**

**Arraignment/Initial Appearance on Indictment:**              **03/20/2023**

| | | | |
|---|---|---|---|
| ☒ | Lee Reams, Courtroom Deputy | ☒ | Caitlin Baunsgard, US Atty |
| ☒ | Patrick J. Dennis, US Probation / Pretrial Services Officer | ☒ | Rob Seines, Defense Atty |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☒ | Interpreter **NOT REQUIRED** |
| | | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☐ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☒ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☒ | Charging document reviewed in open court |
| ☐ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| | | ☐ | AO199c Advice of Penalties & Sanctions filed |

## REMARKS

Defendant appeared, in custody, with counsel and acknowledged to the Court that his true and correct name is JODY LEE WALLETTE.
 Defendant was advised of his rights and the allegations contained in the Indictment.
"Not guilty" plea entered.
The Court appointed CJA Panel Attorney Rob Seines to represent Defendant in this matter.
Discovery to be provided pursuant to the local rule on discovery.
Government has filed a motion for detention (ECF No. 9).
Defendant waived detention hearing.

**The Court ordered:**
1. Motion for detention **granted**.
2. Discovery to be provided according to Local Rules on discovery.
3. Oral order issued confirming the Government's disclosure obligations under the Due Process Protections Act and the possible consequences of violation of said order.
4. Defendant shall be detained by the U. S. Marshal until further order of the Court.

*Waived by Defendant;*
**USA's Motion for Detention is *granted.***
*Subject to right to return before the Court should circumstances change.*

Digital Recording/S-740        Time:  1:34 p.m. – 1:45 p.m.              Page 1