ROBERT M. SEINES
Attorney at Law
1312 N Monroe St
Spokane, WA 99201
509-844-3723
fax 509-255-6003

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JODY L. WALLETTE,<br><br>　　　　　　　Defendant. | Case No. 2:23-CR-22-RMP<br><br>MOTION TO CONTINUE PRETRIAL CONFERENCE AND JURY TRIAL |

COMES NOW the defendant, JODY L. WALLETTE, by and through his attorney, Robert M. Seines, and moves the Court for an order continuing the pretrial conference and jury trial dates. This motion is based on the court file and the annexed declaration of counsel.

RESPECTFULLY SUBMITTED this 25th day of April, 2023.

　　　　　　　By:　/s/ Robert M. Seines
　　　　　　　Robert M. Seines, WSBA No. 16046
　　　　　　　Attorney for Jody L. Wallette

MOTION AND DECLARATION TO CONTINUE PRETRIAL CONFERENCE AND JURY TRIAL

Page 1 of 3

ROBERT M. SEINES
Attorney at Law
1312 N Monroe St
Spokane WA 99201
(509) 844-3723　fax (509) 255-6003
rseines@msn.com

## DECLARATION OF COUNSEL

I, Robert M. Seines, hereby declare under the penalty of perjury pursuant to the laws of the State of Washington, that the following is true and correct:

1. I am the attorney for defendant, JODY L. WALLETTE I was appointed on March 20, 2023 A pretrial conference and motion hearing is set for May 16, 2023. The jury trial date is May 30, 2023. The motions deadline is April 25, 2023.

2. I need additional time to assimilate the information contained in the discovery in this case to determine issues that need to be researched, and to prepare and file appropriate motions.

Given the nature of this case and the penalties Mr. Wallette is facing, the interests of justice will be best served by continuing the trial. A thorough review of the discovery and research must be completed before Mr. Wallette will have sufficient information to make informed decisions relating to his case. Counsel cannot adequately or fully advise Mr. Wallette on matters pertaining to trial without further investigation, research, and discussions.

Here, counsel has worked diligently to defend Mr. Wallette but needs more time to adequately prepare his defense.

MOTION AND DECLARATION TO CONTINUE PRETRIAL CONFERENCE AND JURY TRIAL

Page 2 of 3

ROBERT M. SEINES
Attorney at Law
1312 N Monroe St
Spokane WA 99201
(509) 844-3723   fax (509) 255-6003
rseines@msn.com

3. Mr. Wallette agrees with this continuance after having been advised of his speedy trial rights. I have not yet conferred with AUSA Caitlin Baunsgard.

FOR THE FOREGOING REASONS, Jody L. Wallette respectfully requests that this Court grant his motion to extend the current deadlines for a period of at least sixty (60) days.

Signed this 25th day of April, 2023 at Spokane, Washington.

/s/ Robert M. Seines
ROBERT M. SEINES, WSBA 16046
Attorney for Defendant, Jody L. Wallette

### CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2023 I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such to: Caitlin Baunsgard, Assistant U.S. Attorney

/s/ Robert M. Seines
ROBERT M. SEINES, WSBA 16046
Attorney for Defendant, Jody L. Wallette

MOTION AND DECLARATION TO CONTINUE PRETRIAL CONFERENCE AND JURY TRIAL

Page 3 of 3

ROBERT M. SEINES
Attorney at Law
1312 N Monroe St
Spokane WA 99201
(509) 844-3723   fax (509) 255-6003
rseines@msn.com