Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Caitlin A. Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JODY LEE WALLETTE,<br><br>                Defendant. | No. 2:23-cr-00022-RMP<br><br>**RESPONSE TO DEFENDANT'S MOTION TO CONTINUE PRETRIAL CONFERENCE AND JURY TRIAL** |

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Caitlin A. Baunsgard, Assistant United States Attorney for the Eastern District of Washington, submits the following Response to Defendant's Motion to Continue Pretrial Conference and Jury (ECF No. 18).

The United States has no objection to the defendant's motion to continue pretrial and jury trial dates.

                                                Vanessa R. Waldref
                                                United States Attorney

                                                *s/ Caitlin A. Baunsgard*
                                                Caitlin A. Baunsgard
                                                Assistant U.S. Attorney

United States' Response to Defendant's Motion to Continue - 1

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the counsel of record.

*s/ Caitlin A. Baunsgard*
Caitlin A. Baunsgard
Assistant United States Attorney

United States' Response to Defendant's Motion to Continue - 2