FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 11, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JODY LEE WALLETTE,<br><br>　　　　　Defendant. | NO: 2:23-CR-22-RMP-1<br><br>ORDER OF RECUSAL |

For reasons that are unnecessary to recite here, the Court finds that recusal in the above-captioned matter is appropriate, pursuant to 28 U.S.C. § 455. The matter is returned to the Clerk's office for random assignment of a new judge.

Accordingly, **IT IS HEREBY ORDERED**:

1. Recusal is appropriate in this matter.

2. The District Court Clerk shall reassign this matter.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** May 11, 2023.　　　　　_s/ Rosanna Malouf Peterson_
　　　　　　　　　　　　　　　　ROSANNA MALOUF PETERSON
　　　　　　　　　　　　　　　Senior United States District Judge

ORDER OF RECUSAL ~ 1